# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BELLINZONI, S.R.L,**

   **Plaintiff,**

**v.**                Case No: **6:18-cv-1971-Orl-22GJK**

**BELL ITALY SOLUTION CORP.,**

   **Defendant.**

## ORDER

This cause is before the Court on Motion for Attorney Fees (Doc. No. 56) filed on March 23, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 8, 2020 (Doc. No. 61) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney Fees (Doc. No. 56) is hereby **GRANTED in part and DENIED in part**.

3. The Clerk is **DIRECTED** to enter judgment awarding Plaintiff Bellinzoni, S.R.L., attorney's fees of $31,425 and costs of $530 from Defendant Bell Italy Solution Corp.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2020.

                                                                                           _____
                                                                                           ANNE C. CONWAY
                                                                                           United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties